IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:24-mj-01277 |
| ) | |
| Sajju Khatiwada ) | |

**ORDER**

Pursuant to the Due Process Protections Act of 2020, the Court reminds the government of its obligation under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, to disclose evidence favorable to the defendant and material to the defendant's guilt or punishment. The government is ordered to produce such evidence reasonably promptly upon discovery. Failure to do so in a timely manner may result in consequences, including, but not limited to, dismissal of the indictment or information, exclusion of government evidence or witnesses, adverse jury instructions, dismissal of charges, contempt proceedings, sanctions by the Court, or any other remedy that is just under the circumstances.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge